UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSTIN HAPENNY )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>DEBT MANAGEMENT, INC. )<br>d/b/a CAPITAL RECOVERY SYSTEMS )<br>and JOHN DOE )<br>Defendants ) | Civil Action No. 12-10023-NG |

## STIPULATION OF DISMISSAL

The parties in the above action, pursuant to Fed. R. Civ. P., Rule 41(a)(1), hereby stipulate that all of the claims be dismissed, with prejudice and without costs.

Respectfully submitted this 18th day of April, 2012.

DUSTIN HAPENNY                              DEBT MANAGEMENT, INC,.
By his Attorney,                                   By its Attorney,

                                                            */s/ John J. O'Connor*

*/s/ Nicholas F. Ortiz*
Nicholas F. Ortiz                                  John J. O'Connor
BBO# 655135                                     BBO # 555251
Law Office of Nicholas F. Ortiz, P.C.   PEABODY & ARNOLD LLP
306 Dartmouth Street, Suite 501        Federal Reserve Plaza
Boston, MA 02116                              600 Atlantic Avenue
617-716-0282                                     Boston, MA 02210
                                                            (617) 951-2077
                                                            (617) 951-2125 (fax)